UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | 3:16-cr-00307-LSC-JHE-1 |
| | ) | |
| HUGO LOAEZA SANCHEZ, | ) | |
| Defendant/Movant. | ) | |

## MEMORANDUM OF OPINION AND ORDER

On November 8, 2016, Defendant Hugo Loaeza Sanchez filed a "Motion to Dismiss for Lack of Probable Cause or in the Alternative to Suppress as the Result of an Unconstitutional Search." (Doc. 17.) After conducting a hearing on the matter on December 28, 2016, on April 22, 2017, the magistrate judge filed a report and recommendation, recommending that the motion be denied. (Doc. 26.) The defendant was afforded fourteen (14) days to file objections to the report and recommendation, but to date, no objections have been filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is **ADOPTED**, the recommendation is

**ACCEPTED**. Consequently, the motion to dismiss or in the alternative motion to suppress (doc. 17) is hereby **DENIED**.

**DONE** AND **ORDERED** ON JUNE 2, 2017.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704